# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                   Civil Action No. 8:14-cv-00746-RWT

JOHN DOE, subscriber assigned IP address
173.66.233.226,

    Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 173.66.233.226. Plaintiff is dismissing Defendant because the ISP was unable to correlate Defendant's IP address to one of its subscribers. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 12, 2014

                                            Respectfully submitted,

                                            By: /s/ *Jon A. Hoppe*
                                            Jon A. Hoppe, Esquire
                                            jhoppe@mhhhlawfirm.com
                                            MADDOX, HOPPE, HOOFNAGLE &
                                            HAFEY, L.L.C.
                                            1401 Mercantile Lane #105

"APPROVED" THIS 17 DAY of November 20 14

*/s/ Roger W. Titus*
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

1


cmc
11-12-14

                                              Largo, Maryland 20774
                                              Phone: 301-341-2580
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ Jon A. Hoppe
                                        Jon A. Hoppe